No. 94–6177. RIDINGS v. UNITED STATES, 513 U. S. 976. Motion for leave to file petition for rehearing denied.

## MARCH 9, 1995

No. 94–1251. FARRON v. DUN & BRADSTREET, INC. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46. ■

## MARCH 17, 1995

No. 94–8465 (A–660). WILLIAMS v. GRAMLEY, WARDEN, ET AL. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

## MARCH 20, 1995

No. 93–1907. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. MOTHER FRANCES HOSPITAL OF TYLER, TEXAS. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Shalala v. Guernsey Memorial Hospital, ante, p. 87.